# EXHIBIT LIST

Exhibit 1 – Transcript of Plea Hearing