UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,          No. 16-20218

       Plaintiff,                     HONORABLE VICTORIA A. ROBERTS

v.

D-1   NORMAN SHY,

       Defendant.
_____/

**CORRECTED AMENDED PRELIMINARY ORDER OF FORFEITURE**

The Preliminary Order of Forfeiture that was entered against Defendant Norman Shy on June 30, 2016 (*Dkt. #30*) is hereby incorporated by reference, and pursuant to Federal Rules of Criminal Procedure 32.2(e) and 36, amended only in respect to correcting the account number for one of the Merrill Lynch, Pierce, Fenner & Smith, Inc. accounts. The correct account number for the Merrill Lynch, Pierce, Fenner & Smith, Inc. account containing the funds to be forfeited to the United States is as follows: **(a) Account Number 695-35608**

******************************************************************

      **IT IS ORDERED.**

Date: <u>July 12, 2016</u>

                                            <u>S/Victoria A. Roberts</u>
                                            HONORABLE VICTORIA A. ROBERTS
                                            UNITED STATES DISTRICT JUDGE