UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                  Plaintiff,                  Case No. 16-cr-20218

v.                                  Hon. Victoria A. Roberts

NORMAN SHY,

                  Defendant.

---

J. Michael Buckley
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
313.226.9581
michael.buckley@usdoj.gov

Frances Lee Carlson
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
313.226.9696
frances.carlson@usdoj.gov

Christopher A. Andreoff  (P10193)
Jaffe Raitt Heuer & Weiss, P.C.
Attorney for Defendant
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
248.352.2555
candreoff@jaffelaw.com

---

## INDEX OF EXHIBITS TO
## DEFENDANT'S SENTENCING MEMORANDUM

Exhibit A    Letters of Recognition

Exhibit B    Article – The Painful Price of Aging in Prison

Exhibit C    Article from U.S. Dept. of Justice – The Impact of an Aging Inmate

3527472.v1