# EXHIBIT A

# DETROIT PUBLIC SCHOOLS

*5057 WOODWARD AVENUE*

**DEBORAH M. McGRIFF, Ph.D.**
*General Superintendent*

*DETROIT, MICHIGAN 48202*
*(313) 494-1075*

October 4, 1993

Mr. Norman Shy
Allstate Sales and Rentals
4521 River Trail
Birmingham, MI  48010

Dear Mr. Shy:

**Thank you** so much for supporting Proposal "S" in the September 14, 1993 primary election. It resulted in a resounding victory for our students.

One of the key factors in our successful campaign was your financial assistance that allowed us to make the voting public aware of the issues.

The renewal of the millage was essential for the operation of the school system and will allow us to continue to:

*Be the first large urban district to successfully educate all of its students;*

*Ensure the future of the City of Detroit by helping young people become contributing adult citizens; and*

*Assure continued educational change to provide youth with effective learning opportunities.*

Again, thank you for your support.

Sincerely,

Deborah M. McGriff, Ph.D.

rt

# DETROIT PUBLIC SCHOOLS

Student Information Systems, 5057 Woodward Avenue, Room 666, DET, MI 48202

February 23, 1994

Mr. Norman Shy
Allstate Sales
4521 River Trail
Bloomfield Hills, MI 48301

Dear Mr. Shy:

This is to thank you and Allstate Sales for providing the portable AM/FM radio w/LCD alarm clock (retail value $40.00) to Munger Middle School in support of the District's Second Fourth Friday Count. This was a first time enterprise for me, but your overwhelming support made it a rewarding experience.

There have been several positive comments made about the quality of the donation that was received from you. Since the comments were made by adults, I can imagine the lucky student at the school was thrilled.

On behalf of the Detroit Public Schools, I want you to know how much we appreciate your making Allstate Sales available to the children we serve and how valuable your contribution is considered to be.

You and your company are to be commended for the interest and concern given our students. The cooperative, self-sacrificing efforts displayed, in conjunction with others who contributed to this project, clearly demonstrates that business and community can come together for a common purpose.

Cordially,

Cynthia A. Cockrel
Program Associate I

pc: David L. Snead, Ph.D.
General Superintendent

# DETROIT PUBLIC SCHOOLS

**WILKINS ELEMENTARY SCHOOL**
12400 Nashville
Detroit, Michigan 48205
245-3568

June 20, 1995

Dear Norman:

Thank you for being so understanding about the wait. Finally, we can settle this account. The projector is very nice. Thanks again for your help and we look forward to working with you in the Fall.

Sincerely,

Annie L. Hubbard, Principal

DAVID L. SNEAD, Ph.D.
*General Superintendent*

December 18, 1996

Dear Mr. Sly,
    Thank you for your
holiday treats and all
your generous support of
our school.
          Sincerely,
          Dewey Center Staff
          Frances Barker, Principal



# DETROIT BOARD OF EDUCATION

5057 WOODWARD
Room 318
Detroit, Michigan 48202
(313) 494-1270
(313) 494-1378 FAX

Irma Clark
*District 3*
*President*

Kwame Kenyatta
*At-Large*
*Vice President*

Alonzo W. Bates
*At-Large*

Rodeana Murphy
*At-Large*

Darryl L. Redmond
*At-Large*

Mary Faust Hammons
*District 1*

Juan Jose' Martinez
*District 2*

Ben W. Washbum
*District 4*

Margaret L. Betts, M.D.
*District 5*

Kenneth R. Daniels
*District 6*

April Howard Coleman
*District 7*

Kathleen E. Smith, Ed.D.
*Secretary of the Board*

October 30, 1997

Mr. Norm Shy
**Allstate Sales**
4521 River Trail
Bloomfield Hills, MI 48301

Dear Mr. Shy:

On behalf of the Members of the Detroit Board of Education, and the children of Detroit Public Schools, we sincerely thank *Allstate Sales,* for once again proving just how good a friend and colleague you are to the Public School District of the City of Detroit.

Thanks to our hard-working planning committee and a wonderful group of local sponsors, the Council of the Great City Schools 41st Annual Fall Conference, hosted by the Detroit Public Schools, was an unparalleled success. We have been told that the conference evaluations underscored the great spirit of total support and collaboration the participants witnessed among us. Together, we brought about the great Detroit tradition of outstanding student performances, good food, excellent service and urban charm.

We thought you would like to know, for your records, that your generous gift of *$1,000.00* was used to pay for the *People Mover Tickets* on *October 15-19, 1997.* You will be pleased to note that your company was listed in the Conference Notebook and proudly displayed on an easel during the conference proceedings.

Again, thank you for all that you do to improve the quality of life and learning for all of Detroit's children, youth and adults.

Sincerely,

Erma Gibbs, Ph.D.,
Committee Chair

Kathleen Smith, Ed.D.,
Conference Co-Chair

Andrea W. Bronson,
Conference Co-Chair

# DETROIT PUBLIC SCHOOLS

## Monnier Elementary School
### 13600 Ward Street
### Detroit, Michigan  48227
### (313) 873-0673

**Richard G. Mack**
**Principal**

**Dianne N. Holland**
**Assistant Principal**

**December 9, 1998**

Mr. Norm Shy
Allstate Sales
4521 River Trail
Bloomfield Hills, Michigan  48302


Dear Mr. Shy:

Monnier Elementary School is in receipt of the Smith Corona Word Processor awarded to our school from your company.  We appreciate the equipment and the processor will be utilized within our Media Center on a daily basis with students and staff.

Your generosity, expeditious service and support of education is truly appreciated.

Sincerely,

*Dianne N. Holland*

Dianne N. Holland
Assistant Principal

EDDIE L. GREEN, Ed.D.
*Acting General Superintendent*

# DETROIT PUBLIC SCHOOLS

## THOMAS C. HOUGHTEN ELEMENTARY SCHOOL
### 16745 LAMPHERE
### DETROIT, MICHIGAN 48219
### 313-494-7615

Clarice L. Posey
Principal

Michael A. Thomas
Assistant Principal

December 10, 1998

Mr. Norman Shy
Allstate Sales & Rental
4521 River Trail
Bloomfield Hills, Michigan 48301

Dear Mr. Shy:

Thank you for your generous donation of a Word Processor, valued at $600.00, to the Thomas C. Houghten Elementary School.

Sincerely,

Clarice L. Posey
Principal

EDDIE L. GREEN, Ed.D.
General Superintendent

# DETROIT PUBLIC SCHOOLS

**Weatherby Elementary School**
**20500 Wadsworth Avenue**
**Detroit, Michigan 48228**
**313.852.0740**
**Eldora S. Gaskins, Principal**

10 December 1998

Mr. Norman Shy
Allstate Sales
4521 River Trail
Bloomfield Hills, Michigan 48301-3642

Dear Norman,

Thank you for the beautiful Holiday Gourmet Tray. The snacks look so very, very appetizing that I can hardly wait to sample some of the goodies.

I will be in touch with you soon as there are some supplies that I would like to discuss with you.

In the spirit of peace, love and joy we wish you a happy holiday season and a wonderful year ahead.

Love,

Eldora S. Gaskins

EDDIE L. GREEN, Ed.D.
*Acting General Superintendent*

# DETROIT PUBLIC SCHOOLS

## DEXTER CAREERS CENTER

12305 DEXTER BLVD.

DETROIT, MICHIGAN 48206
(313)873-9150

Monday, December 7, 1998

Mr. Norman Shy
Allstate Sales
4521 River Trail
Bloomfield Hills, Michigan 48301

Dear Mr. Shy,

Thank you for your Gourmet Gift Tray. The tray is being shared and enjoyed with the rest of the staff.

The services and assistance rendered by you and your company have enabled this school to accomplish far more than it otherwise would have. On behalf of the parents, faculty and students of the Dexter Careers Center, we thank you again.

Sincerely,

Carolyn H. Parnell
Principal

EDDIE L. GREEN, Ed.D.
*Acting General Superintendent*

# DETROIT PUBLIC SCHOOLS

# *Memorandum*

To:      Norman Shy, Allstate Sales
From:    Z. Stinger, Principal, Holcomb Elem.
Date:    December 8, 1998
Subject:  Christmas Gift

Holcomb Elementary School administrative staff is appreciative for the
$600.00 word processor. The thoughtful gift is a wonderful and necessary
addition increasing our office efficiency immensely.

EDDIE L. GREEN, Ed.D.
*General Superintendent*

# DETROIT PUBLIC SCHOOLS

WILLIAM DAVISON ELEMENTARY SCHOOL
2800 E. DAVISON
DETROIT, MI   48212

December 15, 1998

Mr. Norman Shy
Allstate Sales
4521 River Trail
Bloomfield Hills, MI    48301

Dear Mr. Shy:

   We are in receipt of the Smith Corona Word Processor.  Your gift
has made it possible for our secretaries to become more efficient.

   If you would like to donate any other gifts to our school, please
feel free to do so.

                                        Educationally yours,

                                        Phyllis A. Ross
                                        Principal

EDDIE L. GREEN, Ed.D.
*Acting General Superintendent*

### Hubert Elementary School
14825 Lamphere
Detroit, Michigan 48223
(313) 494-7484 - Fax (313) 535-5366

December 18, 1998

Mr. Norm Shy
Allstate Sales Company
4521 River Trail
Bloomfield Hills, MI 48301

Dear Mr. Shy:

On behalf of the students and families of Hubert School, I would like to take this opportunity to thank you for the donation of the Personal Word Processor, valued at $600 to our school.

Our children will greatly benefit from your generous donation.

Sincerely,

Faye Baker
Principal

# DETROIT PUBLIC SCHOOLS

*5057 WOODWARD AVENUE*

**EDDIE L. GREEN, Ed.D.**
*General Superintendent of Schools*

*DETROIT, MICHIGAN 48202*
*(313) 494-1075*

April 20, 1999

Mr. Norman Shy, President
Allstate Sales
4521 River Trail
Bloomfield Hills, Michigan 48301

Dear Mr. Shy:

The Detroit Public Schools wish to convey its appreciation to you for your generous contribution of one hundred dollars ($100.00). Your gift which will be used in support of the *Annual Model Yacht Regatta Program* will provide assistance to our school system and will be used in accordance with Board policies and procedures.

Sincerely,

Eddie L. Green, Ed.D.
Acting Chief Executive Officer

/tdg

# Detroit Public Schools



## Deiter Center
### 4800 Collingwood
### Detroit, MI 48204

May 18, 1999

*Allstate Sales*
*4521 River Trail*
*Bloomfield Hills, Mi 48301*

Dear *Norm*

I would like to take this opportunity to thank you for the donation that you made to Deiter Center. As you know, Deiter Center is a Detroit Public School with students who are trainable mentally impaired, severely multiply impaired, and severely mentally impaired.

We are holding our second annual Extravaganza on Friday June 4th from 2 p.m. to 8 p.m. We will have many activities for our students, parents, staff, community and friends. Please try to come out and share that special day with us.

Your contribution of *Word Processor – Value $600* will be used to help make this day a special one for all who attend.

Sincerely,

La Vonia Knox, Principal

# DEITER CENTER
## 4800 COLLINGWOOD
## DETROIT, MICHIGAN 48204
### October 25, 1999

Allstate Sales and Rentals

Dear Mr. Shye,

Thank you for the $25 donation for the Make A Difference Day program at Deiter Center. The lockers were painted and the halls are beautiful.

Thank you many times over.

Sincerely,

La Vonia Knox
Principal

# DETROIT PUBLIC SCHOOLS

## Deiter Center

4800 Collingwood
Detroit, MI 48204

Extravaganza 2000

Mr. Norman Shye
Allstate Sales
4521 River Trail
Bloomfield Hills, MI 48301

May 2, 2000

Dear Mr. Shye,

We would like to take this opportunity to thank you for your generous donation of $50.00 to Deiter Center School for our annual Extravaganza. As you may know, Deiter Center is a special education facility within the Detroit Public School system. Our student population consists of trainable and severely mentally impaired students, many with various physical disabilities.

In a effort to bridge the gap between school, home and the community, Deiter Center will hold its **3rd annual Extravaganza** on **Friday, June 2nd**. Your kind support and donation will contribute greatly to our success. Please accept our sincere invitation to stop by our school between 2:00 p.m. and 8:00 p.m. on June 2nd.

We appreciate your contribution in support of our school.

Very sincerely,

LaVonia Knox, Principal
Deiter Center

Mia Harper, Teacher
Extravaganza Chairperson

LK:rm00

# DETROIT PUBLIC SCHOOLS

Logan Elementary School
3811 Cicotte
Detroit, Michigan 48210


Allstate
4521 Rivertrail
Bloomfield Hills, MI 48301

Dear Mr. Shy:


Thank you for your contribution to Logan School! Schools are turning to business partnerships as a way of augmenting their financial resources and seeking mentors and volunteers.

Your generous contribution of $1000.00 will be used to establish a multi-cultural media center, to purchase gym equipment for noon time and to start a savings for playground swings, slides, etc.

Should any of your employees wish to mentor, tutor our youngsters, we would appreciate their generosity!

Again, we thank you for your gift to our school.

Sincerely,

Ms. Marjorie Beecher
Principal

Deborah M. McGriff, Ph.D.
*General Superintendent*

Case 2:16-cr-20218-VAR-RSW   ECF No. 39-2, PageID.246   Filed 08/18/16   Page 19 of 26

Dear Allstate Sales,

Thank you so much for paying for our bus so that we could go on our field trip. It meant a whole lot! We appreciate you more than you know.

...grateful, happy, excited, elated, bewildered, amazed, loved, adored, cherished, supported, important, fussed-over, acknowledged, pleased, obliged, praised, honored, recognized, merry, mirthful, joyful, cheerful, delighted, gleeful, glad, contented, satisfied, enraptured, cheery, jolly, sparkling, enchanted, blissful, jovial, peaceful, exhilarated, gratified, ecstatic, charmed, pleasant, overjoyed, lighthearted, radiant, vivacious, sunny, smiling, content, animated, lively, spirited, exuberant, good-humored, jubilant, playful, thrilled, carefree, in good spirits, happy as a lark, beside myself, jazzed up, bubbling over, tickled to death, happy-go-lucky, in seventh heaven, on cloud 9, walking on sunshine, high as a kite, forever in your debt, embarrassed, unworthy, pleased as punch, happy as a clam, overjoyed...

Wendy M. Murray,
First Grade Teacher
Marcus Garvey Academy

Dear Allstate Sales,

Thank you so much for supporting our Spring Bowling Fundraiser. It was a _huge_ hit! It will go towards funding our Eisenhower cheer camp dues.

Emily Keilman
Varsity

# DETROIT PUBLIC SCHOOLS

# Van Zile Elementary School
### 2915 E. Outer Drive
### Detroit, Michigan 48234
### 368-8444

March 12, 2001

Mr. Norman Shy
Allstate Sales
4521 River Trail
Bloomfield Hills, Mi 48010

Dear Mr. Shy:

On behalf of the students, staff and myself I would like to thank Allstate Sales for donating the TV's, the TV carts and safety straps. I also want to thank you for the clothing you brought in for the family who lost everything to the recent fire in their home.
The service you have provided to Van Zile School over the years is appreciated more than I can say.

Sincerely,

*E. Dade*

Elsie Dade, Principal

# ALLSTATE SALES

**32685 ROCK RIDGE LANE**          **FARMINGTON HILLS, MI 48334**
**PHONE 248.855.5444**               **FAX 248.737.0984**

Ms. Linda Spight                                                   October 16, 2003
Mumford High School
17525 Wyoming
Detroit, Michigan 48221

Dear Ms. Spight:

Having been a vendor to the Detroit Board of Education for 30 some years I have often donated items to both to the board of education and various schools in appreciation of the support I have received during this time. As a product of the Detroit School System, I attended Roosevelt Elementary School when DR. Norman Drackler was vice principal and went on to become superintendent, and Mumford High School where Dr. Samuel Wolf was principal and went on to become superintendent. I graduated from Mumford High School in 1959. Dr. Kenneth Burnley attended Mumford at the same time.
It is my pleasure to donate tow dozen computers for use in your computer lab to Mumford, my favorite Detroit high school.

Sincerely,

Norman Shy

September 10, 2005

Mr. Norman Shy
Allstate Sales
32685 Rockridge Lane
Farmington Hills, MI 48234

Dear Mr. Shy:

I want to thank you for your generous support in sponsoring me and making it possible for me to attend the National Youth Law Forum in Washington D.C from November 8 through the 13.

I promise to take extensive notes and when I return, I will send you an exclusive report on everything that happened.

Thank you again for what I am sure will be a life-changing experience for me.

Sincerely

Mark Coleman-Mabry

# DETROIT PUBLIC SCHOOLS

### *PULASKI ELEMENTARY/MIDDLE SCHOOL*
### *19725 Strasburg*
### *Detroit, MI. 48205*
### *October 26, 2005*

ALLSTATE SALES
32685 Rock Ridge Lane
Farmington Hills, MI. 48334
Attn: Mr. Norman Shy

Dear Mr. Shy:

Thank you for your generous donation of $400.00 to Pulaski School. Per our discussion, this gift will be used for "staff incentives." It is not often that the business community recognizes the commitment and hard work of public school teachers.

As Pulaski's leader, I am very fortunate to have a staff who has been dedicated to achieving excellence. It is because of their responses to the needs of our students and to the standards that have been set by the State and by the Detroit Public Schools district, that we have been recognized by the Skillman Foundation, as a "good school."

The Michigan State Department of Education has also given their endorsement of our programs and activities. Pulaski has received a State of Michigan Report card grade of "A". Pulaski is only one of 12 schools in the entire district that has received this honor. In September, the State Board of Education also gave us special recognition for meeting Adequate Yearly Progress for two consecutive years.

At Pulaski, we pride ourselves on being, "On time, on task, and on a mission!" That mission is to increase student achievement and performance. We sincerely appreciate the special recognition that you have given for services rendered to the children in our area. Again, on behalf of the Pulaski staff, we accept this gift and say thank you!

Sincerely,

Dr. Ethel L. Jones, Principal

# DETROIT PUBLIC SCHOOLS

**Ernest J. Dossin Elementary**
**16650 Glendale**
**Detroit, Michigan 48227**
**Telephone: 313-866-9390   Fax: 313-866-9386**
**Ms. Linda Porter-King, Principal**

April 20, 2007

All State Sales
32685 Rock Ridge Lane
Farmington Hills, Michigan 48334

Dear Representative of All State Sales:

On Behalf of Dossin Elementary, I graciously appreciate the contribution your company has made in order for our school to continue its effort to strive for excellence.

I personally would like to invite you and the members of your company to attend our fundraiser. I have enclosed a flyer indicating the date and time. If further information is needed, please contact me during the hours of 8:15 am - 3:25 pm. at 313-866-9390. I look forward to seeing you at the fundraiser

Sincerely,

Sharita Clark-Topps
First Grade Teacher

Linda Porter-King
Principal

# DETROIT PUBLIC SCHOOLS



Ernest J. Dossin Elementary School
16650 Glendale
Detroit, Michigan 48227
Telephone 313-866-9390 Fax 313-866-9396
Mrs. Linda Porter-King, Principal

May 21, 2007

All State Sales
32685 Rock Ridge Lane
Farmington Hills, Michigan 48334

Dear All State Sales,

In one's lifetime, a person can only hope to have been touched by someone who is kind, considerate, and giving. In my lifetime, I can personally acknowledge the generosity of your company. I would like to take this time to thank you for your contribution to Dossin Elementary Tin Can Fundraiser. Your kindness and thoughtfulness will help educators, such as myself, maintain the dreams and hopes we have for our students. Dossin Elementary is and always will be one of Detroit's finest elementary school.

The Tin Can Fundraiser was a huge success. The response from the community was powerful and uplifting. The success of the fundraiser is due to your generosity. Without your donation, we would not have been able to have such a wonderful fundraiser. On April 28, 2007, Dossin Elementary raised over $1500.00 to continue its technological endeavors. I look forward to future partnerships as we maintain the commitment of developing lifelong learners, addressing the needs of the whole child, and integrating technology into the curriculum.

Educationally yours,

*Sharita Clark-Topps*

Mrs. Sharita Clark-Topps

First Grade Teacher

*L. Porter King*

Mrs. Linda Porter-King

Principal