UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1   NORMAN SHY,

        Defendant.
_____/

Criminal Case No.: 16-20218

Honorable: Victoria A. Roberts

## **STIPULATED AMENDED ORDER OF FORFEITURE**

The United States of America, by and through its attorneys, Barbara L. McQuade, United States Attorney for the Eastern District of Michigan, by and through Paul A. Kuebler, Assistant U.S. Attorney, and Defendant Norman Shy ("Defendant"), by and through his attorney, Christopher Andreoff, Esq. (together the "Parties") hereby submit this Stipulated Amended Order of Forfeiture to the Court. This Stipulated Amended Order of Forfeiture incorporates by reference all other forfeiture pleadings on record in this case, and states the following:

On June 30, 2016, a Preliminary Order of Forfeiture that was entered against Defendant (Dkt. #30), and on July 8, 2016 an Amended Preliminary Order of Forfeiture was entered to correct a typographical error (Dkt. #32) in the above captioned action (hereinafter the "Forfeiture Orders"). The Forfeiture Orders

forfeited all of Defendant's right, title and interest in the following property (hereinafter "Subject Property"):

### ACCOUNTS:

    a. All Funds on Deposit in Charles Schwab & Co.: (a) Account Number 8142-9439 and (b) Account Number 4166-4404;

    b. All Funds on Deposit in Merrill Lynch, Pierce, Fenner & Smith, Inc.: (a) Account Number 695-35609 and (b) Account Number 695-35608;

### REAL PROPERTY:

    c. Real Property located at 32679 Brookwood Lane, Franklin, Michigan and being more fully described as: Unit Number 14 CRESSBROOK, a condominium according to the Master Deed recorded in Liber 27695, pages 127 through 185, inclusive, Oakland County Records, and designated as Oakland County Condominium Subdivision Plan No. 1499, together with rights in general common elements and limited common elements as set forth in the above described Master Deed and Amendments thereto and as disclosed by Act 59 of the Public Acts of 1978, as amended; commonly known as: 32679 Brookwood Lane, Franklin, MI; Parcel ID: 24-06-227-030; titled to Shy Investments, LLC; and

    d. Real Property located at 433 Fox Hills Drive S, Apt 5, Bloomfield Hills, Michigan and being more fully described as: Unit No. 298, FOX HILLS CONDOMINIUM, a Condominium according to the Master Deed recorded in Liber 21164, Pages 606 through 675, as amended, and designated as Oakland County Condominium Subdivision Plan No. 1240, last amendment amended in Liber 28502, page 617, together with rights in the general common elements and the limited common elements as shown on the Master Deed and as described in Act 59 of the Public Acts of 1978, as amended; commonly known as: 433 Fox Hills Drive S, Apt. 5, Bloomfield Hills, MI 48304; Parcel ID: 19-02-303-298; titled to Shy Investments, LLC.

    The Forfeiture Orders forfeited the Subject Property to the United States, including the real property located at 32679 Brookwood Lane, Franklin, Michigan (the "Brookwood Property") and 433 Fox Hills Drive S, Apt 5, Bloomfield Hills, Michigan ("433 Fox Hills").

    In lieu of forfeiting the Brookwood Property, the Parties have now agreed that the government will forfeit 75% of the net proceeds to be obtained from the sale of the Brookwood Property (at a price approved by the government) from the Defendant to a third party (approved by the government).  The remaining 25%

realized from the sale of the Brookwood Property will not be forfeited to the government.

In lieu of forfeiting 433 Fox Hills, the Parties have now agreed that the government will forfeit Seventy Thousand Nine Hundred Seventy-Four Dollars ($70,974) in U.S. Currency, the net proceeds realized from the sale of the real property.

In addition to the above referenced Subject Property, including cash in lieu of the Brookwood Property and 433 Fox Hills, the Parties also agree that the government will forfeit the net proceeds realized from the sale of the additional real property referenced below, which constitutes or is derived, directly or indirectly, from gross proceeds traceable to Defendant's Conspiracy to Commit Federal Program Bribery, in violation of 18 U.S.C. §§ 371, 666(a)(1)(B), as charged in Count One of the Information:

- Fifty-Eight Thousand Six Hundred Fifty-Seven Dollars ($58,657) in U.S. Currency, obtained from the sale, in lieu of real property located at: 719 East Fox Hills Drive, Bloomfield Hills, Michigan, and being more fully described as: Unit No. 188, Building X, Bloomfield Club Condominium Subdivision Plan No. 314, together with rights in the general common elements and the limited common elements as shown on the Amended and Restated Master

4

Deed and as described in Act 59 of the Public Acts of 1978, as amended; more commonly known as 719 East Fox Hills Drive, Bloomfield Hills, Michigan 48304; Tax ID 63-19-02-302-191; titled to Shy Investments, LLC.

- Forty Thousand Six Hundred Ninety-Eight Dollars ($40,698) in U.S. Currency, obtained from the sale, in lieu of real property located at: 347 North Eaton St., Birmingham, Michigan, and being more fully described as: Unit 18, Building C, Birmingham Woods Condominium, according to the Master Deed recorded in Liber 5354, Pages 572 through 598, inclusive Oakland County Records, and designated as Oakland County Condominium Subdivision Plan No. 7, together with rights in common elements and limited common elements, as set forth in the above Master Deed (and Amendments thereto) and as described in Act 59 of the Public Acts of 1978, as amended; commonly known as 347 North Eaton; Parcel ID: 20-30-379-019; titled to Norman Shy and Carolyn Shy.

- One Thousand Six Hundred Thirty-Three Dollars ($1,633) in U.S. Currency, obtained from the sale, in lieu of real property located at: 928 N. Adams, #7, Birmingham, Michigan, more fully described as: Unit 92, of Birmingham North, a Condominium according to the Master Deed thereof recorded in Liber 7968, page 478, Oakland County Records, and designated as Oakland

5

County Condominium Subdivision Plan No. 33, and any amendments thereto together with an undivided interest in the common elements of said condominium as set forth in said Master Deed an any amendments thereto, last amended by amendment recording in Liber 8872, page 220 and as described in Act 59 of the Public Acts of Michigan of 1978, as amended; commonly known as 928 Adams Road; Parcel ID: 26-26-407-007; titled to Norman Shy and Carolyn Shy.

- Seventy-Seven Thousand Four Hundred Thirty-Nine Dollars ($77,439) in U.S. Currency, obtained from the sale, in lieu of real property located at: 2300 Chestnut Street, Ferndale, Michigan, and being more fully described as: Lot 632, Hazelcrest Subdivision, as recorded in Liber 30, page 39 of Plats, Oakland County Records; more commonly known as 2300 Chestnut Street, Ferndale, Michigan; Parcel ID: 25-26-407-007; titled to: Shy Investments, LLC.

- 100% of the net proceeds, to be obtained from the sale, in lieu of real property located at: 1913 Romeo, Ferndale, Michigan, and being more fully described as: Lot 153, Fordmount Park Subdivision, according to the plat thereof as recorded in liber 13, page 33 of Plats, Oakland county Records;

commonly known as: 1913 Romeo Street, Ferndale, Michigan; Parcel ID: 25-26-382-024; titled to: Shy Investments, LLC.

NOW, THEREFORE, pursuant to Fed. R. Crim. P. 32.2, 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c), and based upon the terms of Defendant's Rule 11 Plea Agreement, Defendant's guilty plea to Count One of the Information (a violation of 18 U.S.C. §§ 371, 666(a)(1)(B)), the Forfeiture Orders, and other information in the record, **IT IS HEREBY ORDERED**

1. Defendant shall forfeit to the United States for disposition according to law, any right, title or interest of Defendant, any right, title or interest of Defendant's companies, including Shy Investments, LLC, to the extent of Defendant's interest in such companies, and any right, title or interest that Defendant's heirs, successors or assigns have, or may have in the net proceeds realized from the following sales:

- 75% of the net proceeds, to be obtained from the sale, in lieu of forfeiting the Brookwood Property;

- Seventy Thousand Nine Hundred Seventy-Four Dollars ($70,974) in U.S. Currency, obtained from the sale, in lieu of forfeiting 433 Fox Hills;

7

- Fifty-Eight Thousand Six Hundred Fifty-Seven Dollars ($58,657) in U.S. Currency, obtained from the sale, in lieu of forfeiting 719 East Fox Hills Drive, Bloomfield Hills, Michigan;

- Forty Thousand Six Hundred Ninety-Eight Dollars ($40,698) in U.S. Currency, obtained from the sale, in lieu of forfeiting 347 North Eaton Street, Birmingham, Michigan;

- One Thousand Six Hundred Thirty-Three Dollars ($1,633) in U.S. Currency, obtained from the sale, in lieu of forfeiting 928 N. Adams, #7, Birmingham, Michigan;

- Seventy-Seven Thousand Four Hundred Thirty-Nine Dollars ($77,439) in U.S. Currency, obtained from the sale, in lieu of forfeiting 2300 Chestnut Street, Ferndale, Michigan; and

- 100% of the net proceeds, to be obtained from the sale, in lieu of forfeiting 1913 Romeo, Ferndale, Michigan.

The Court finds that there is a sufficient nexus between the property listed above and the offense to which Defendant pleaded guilty.

**IT IS FURTHER ORDERED**

2. For a period of six (6) months from the entry of this Stipulated Amended Forfeited Order, the Parties will cooperate in the listing and sale of the

Brookwood Property and 1913 Romeo, Ferndale, Michigan. Thereafter, the government shall have the exclusive right to list and sell the properties, and the Court is authorized to enter an additional amendment to this Stipulated Amended Forfeiture Order regarding the properties, upon application of the government.

3. All other provisions of the Forfeiture Orders shall remain in effect, except as amended by the Court. The Court shall retain jurisdiction to enforce this Stipulated Amended Forfeiture Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Agreed as to form and substance:

BARBARA L. McQUADE
United States Attorney

| | |
|---|---|
| S/Paul A. Kuebler | S/Christopher Andreoff (w/ consent) |
| Assistant United States Attorney | Attorney for Norman Shy |
| 211 W. Fort Street, Suite 2001 | 27777 Franklin Rd., Suite 2500 |
| Detroit, Michigan 48226 | Southfield, MI 48034 |
| (313) 226-9641 | (248) 351-3000 |
| paul.kuebler@usdoj.gov | candreoff@jaffelaw.com |
| (NY 4268561) | Bar No. P-10193 |
| | |
| Dated: August 25, 2016 | Dated:  August 25, 2016 |

See Attached Signature Page
Norman Shy, individually and on
behalf of Shy Investments, LLC
Defendant

Dated:  August 25, 2016


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS ORDERED.**

Dated:  August 26, 2016

**S/Victoria A. Roberts**
HONORABLE VICTORIA A. ROBERTS
United States District Judge

10

Agreed as to form and substance:

BARBARA L. McQUADE
United States Attorney

S/Paul A. Kuebler
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9641
paul.kuebler@usdoj.gov
(NY 4268561)

Dated: August 25, 2016

S/Christopher Andreoff (w/ consent)
Attorney for Norman Shy
27777 Franklin Rd., Suite 2500
Southfield, MI 48034
(248) 351-3000
candreoff@jaffelaw.com
Bar No. P-10193

Dated: August 25, 2016

_____
Norman Shy, individually and on
behalf of Shy Investments, LLC
Defendant

Dated: August 25, 2016

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED.**

Dated: _____                    _____
                                    HONORABLE VICTORIA A. ROBERTS
                                    United States District Judge

11