UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  No.  16-20218

        Plaintiff,  HON. VICTORIA A. ROBERTS

v.

D-1  NORMAN SHY,

        Defendant.

_____/

## APPLICATION TO AMEND STIPULATED AMENDED ORDER OF <u>FORFEITURE</u>

Plaintiff, the United States of America, by and through the undersigned counsel and pursuant to Federal Rules of Criminal Procedure Rule 32.2(e) and 36, states as follows:

1.  On August 26, 2016, a Stipulated Amended Order of Forfeiture (Dkt. #47) (the "Order") was entered against Defendant as to the net proceeds realized from the following sales (as listed on pages 7 and 8 of the Order):

- 75% of the net proceeds, to be obtained from the sale, in lieu of forfeiting the Brookwood Property;

- Seventy Thousand Nine Hundred Seventy-Four Dollars ($70,974) in U.S. Currency, obtained from the sale, in lieu of forfeiting 433 Fox Hills;

1

- Fifty-Eight Thousand Six Hundred Fifty-Seven Dollars ($58,657) in U.S. Currency, obtained from the sale, in lieu of forfeiting 719 East Fox Hills Drive, Bloomfield Hills, Michigan;

- Forty Thousand Six Hundred Ninety-Eight Dollars ($40,698) in U.S. Currency, obtained from the sale, in lieu of forfeiting 347 North Eaton Street, Birmingham, Michigan;

- One Thousand Six Hundred Thirty-Three Dollars ($1,633) in U.S. Currency, obtained from the sale, in lieu of forfeiting 928 N. Adams, #7, Birmingham, Michigan;

- Seventy-Seven Thousand Four Hundred Thirty-Nine Dollars ($77,439) in U.S. Currency, obtained from the sale, in lieu of forfeiting 2300 Chestnut Street, Ferndale, Michigan; and

- 100% of the net proceeds, to be obtained from the sale, in lieu of forfeiting 1913 Romeo, Ferndale, Michigan.

2.　Plaintiff has since learned that several typographical errors (omitting cents) were made in the Order as it relates to the amount obtained from the sale of 433 Fox Hills, 347 North Eaton, 928 N. Adams, #7, and 2300 Chestnut Street.  The correct amount for 433 Fox Hills should be: **Seventy Thousand Nine Hundred Seventy-Four Dollars and Twenty Cents ($70,974.20) in U.S. Currency**.  The correct amount for 347 North Eaton should be: **Forty Thousand Six Hundred**

Ninety-Eight Dollars and Eighteen Cents ($40,698.18) in U.S. Currency.  The correct amount for 928 N. Adams, #7 should be: One Thousand Six Hundred Thirty-Three Dollars and Eleven Cents ($1,633.11) in U.S. Currency.  The correct amount for 2300 Chestnut Street should be: Seventy-Seven Thousand Four Hundred Thirty-Nine Dollars and Twenty-Four Cents ($77,439.24) in U.S. Currency.

3. Plaintiff has since learned that a typographical error was made in the Order as it relates to the amount obtained from the sale of 719 East Fox Hills Drive, Bloomfield, Michigan.  The correct amount should be: Fifty-Nine Thousand Three Hundred Ninety Dollars and Thirty Cents ($59,390.30) in U.S. Currency, which was the amount disclosed to the government in a closing statement and check.

4. Plaintiff has since learned that net proceeds have been realized from the sale of 1913 Romeo.  The amount of net proceeds is: Seventy-Three Thousand Thirty-Seven Dollars and Thirty-One Cents ($73,037.31) in U.S. Currency, which was the amount disclosed to the government in a closing statement and two checks.

5. Pursuant to Federal Rules of Criminal Procedure Rule 32.2(e) the Court retains jurisdiction to enforce the Order and to amend it as necessary.

6. Pursuant to Federal Rules of Criminal Procedure Rule 36, "the court

may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission."

7.  Government counsel sent Defendant's attorney, Christopher A. Andreoff, a copy of this Application and the proposed Amended Stipulated Amended Order of Forfeiture via email and asked if he concurred with this Application and the proposed Amended Stipulated Amended Order of Forfeiture. Defendant's attorney responded via email indicating that he concurs with the relief.

8.  Based upon the foregoing and the record in this case, the government respectfully requests this Court to enter the proposed Amended Stipulated Amended Order of Forfeiture, which will be submitted via ECF Utilities.

Respectfully submitted,

BARBARA L.  McQUADE
United States Attorney

*s/ Paul A. Kuebler*
PAUL A. KUEBLER
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9641
paul.kuebler@usdoj.gov
NY Bar. No. 4268561

Dated: October 4, 2016

4

## **CERTIFICATION OF SERVICE**

I hereby certify that on October 4, 2016, I electronically filed the foregoing using the ECF system which will send notification of such filing to all ECF participants.

*s/ Paul A. Kuebler*
PAUL A. KUEBLER
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9641
paul.kuebler@usdoj.gov
NY Bar. No. 4268561