UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,        No. 16-20218

        Plaintiff,        HONORABLE VICTORIA A. ROBERTS

v.

D-1   NORMAN SHY,

        Defendant.

_____/

## AMENDED STIPULATED AMENDED ORDER OF FORFEITURE

The Stipulated Amended Order of Forfeiture that was entered against Defendant Norman Shy on August 26, 2016 (Dkt. #47) is hereby incorporated by reference, and pursuant to Federal Rules of Criminal Procedure 32.2(e) and 36 is amended only in respect to correcting the amount of net proceeds realized from the following sales:

- **Seventy Thousand Nine Hundred Seventy-Four Dollars and Twenty Cents ($70,974.20) in U.S. Currency**, obtained from the sale, in lieu of forfeiting 433 Fox Hills;

- **Fifty-Nine Thousand Three Hundred Ninety Dollars and Thirty Cents ($59,390.30) in U.S. Currency**, obtained from the sale, in lieu of forfeiting 719 East Fox Hills Drive, Bloomfield Hills, Michigan;

- **Forty Thousand Six Hundred Ninety-Eight Dollars and Eighteen Cents ($40,698.18) in U.S. Currency**, obtained from the sale, in lieu of forfeiting 347 North Eaton Street, Birmingham, Michigan;

- **One Thousand Six Hundred Thirty-Three Dollars and Eleven Cents ($1,633.11) in U.S. Currency**, obtained from the sale, in lieu of forfeiting 928 N. Adams, #7, Birmingham, Michigan;

- **Seventy-Seven Thousand Four Hundred Thirty-Nine Dollars and Twenty-Four Cents ($77,439.24) in U.S. Currency**, obtained from the sale, in lieu of forfeiting 2300 Chestnut Street, Ferndale, Michigan; and

- **Seventy-Three Thousand Thirty-Seven Dollars and Thirty-One Cents ($73,037.31) in U.S. Currency**, obtained from the sale, in lieu of forfeiting 1913 Romeo, Ferndale, Michigan.

All other provisions of the Preliminary Order of Forfeiture (Dkt. #30), Amended Preliminary Order of Forfeiture (Dkt. #32) and Stipulated Amended Order of Forfeiture (Dkt. #47) shall remain in effect, except as amended by the Court.  The Court shall retain jurisdiction to enforce this Amended Stipulated Amended Order of Forfeiture and to amend it as necessary, pursuant to Federal Rules of Criminal Procedure 32.2(e).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED.**

S/Victoria A. Roberts
HONORABLE VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE

Dated:  10/6/2016

3